IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )    CRIMINAL ACTION NO.
    v.                        )      2:14cr418-MHT
                              )           (WO)
MARK NICHOLS RASMUSSEN        )
```

ORDER

Upon consideration of the petition for early termination of supervised release (doc. no. 50); based on the memorandum of the probation officer recommending that the petition be granted (doc. no. 53) and the government's support for early termination (doc. no. 54); and based on the representations made in open court today, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Mark Nichols Rasmussen's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 17th day of June, 2016.

                             /s/ Myron H. Thompson_____
                             UNITED STATES DISTRICT JUDGE